1  LAWRENCE G. BROWN
   Acting United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  S 08-0569 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING SENTENCING DATE** |
| ROGELIO MACEDO, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from June 19, 2009, to September 25, 2009, at 10:00 a.m.  The reason for the request is to allow the defendant to complete the terms of his plea agreement.

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Date: June 11, 2009                /s/ Richard J. Bender
                                    RICHARD J. BENDER
                                    Assistant United States Attorney


Date: June11, 2009                  /s/ Michael E. Platt (by RJB)
                                    MICHAEL E. PLATT
                                    Attorney for Defendant

1

1 [U.S. v. Macedo, Stip/Order to Continue Sentencing to September 25, 2009.]

2 It is so ORDERED,

3 this   15th    day of June, 2009

/s/ Edward J. Garcia

EDWARD J. GARCIA
Senior, U.S. District Judge