1 | LAWRENCE G. BROWN
United States Attorney
2 | RICHARD J. BENDER
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,           )     CASE NO.  S 08-0569 EJG
                                      )
12 |         Plaintiff,                )
                                      )     **STIPULATION AND ORDER**
      v.                              )     **CONTINUING SENTENCING DATE**
13 |                                  )
      ROGELIO MACEDO,                 )
14 |                                  )
              Defendant.              )
15 |                                  )
                                      )
16 | _____ )

17

18 |         It is hereby stipulated and agreed that the sentencing of the above named defendant be continued

from September 25, 2009, to January 15, 2010, at 10:00 a.m.  The reason for the request is to allow the
19

defendant to complete the terms of his plea agreement.  This is the second such request and, hopefully,
20

will be the last.
21

22 |                                           LAWRENCE G. BROWN
                                            United States Attorney
23

24 | Date: June 11, 2009                       /s/ Richard J. Bender
                                            RICHARD J. BENDER
25 |                                         Assistant United States Attorney

26

27 | Date: June11, 2009                        /s/ Michael E. Platt (by RJB)
                                            MICHAEL E. PLATT
28 |                                         Attorney for Defendant

1  [U.S. v. Macedo, Stip/Order to Continue Sentencing to January 15, 2010.]

2  It is so ORDERED,  this 22 day of September, 2009

3

4                                    /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
5                                    Senior, U.S. District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28