```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  RICHARD J. BENDER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S 08-0569 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING SENTENCING DATE** |
| ROGELIO MACEDO, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from January 15, 2010, to February 19, 2010, at 10:00 a.m.  The reason for the request is to allow the defendant to complete the terms of his plea agreement.  It is fully expected that the sentencing will take place on February 19th and will not be continued again.

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Date: January 13, 2010           /s/ Richard J. Bender
                                          RICHARD J. BENDER
                                          Assistant United States Attorney

Date: January 13, 2010           /s/ Michael E. Platt (by RJB)
                                          MICHAEL E. PLATT
                                          Attorney for Defendant

1  [<u>U.S. v. Macedo</u>, Stip/Order to Continue Sentencing to February 19, 2010.]

2  It is so ORDERED,

3  this 14th day of January, 2010

<pre>
                                    /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    Senior, U.S. District Judge
</pre>