1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  S 08-0569 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| ROGELIO MACEDO, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from February 19, 2010, to September 24, 2010, at 10:00 a.m.  The reason for the request is to allow the defendant to complete the terms of his plea agreement.

BENJAMIN B. WAGNER
United States Attorney

Date: February 16, 2010         /s/ Richard J. Bender
                                RICHARD J. BENDER
                                Assistant United States Attorney

Date: February 16, 2010         /s/ Michael E. Platt (by RJB)
                                MICHAEL E. PLATT
                                Attorney for Defendant

1

1  [<u>U.S. v. Macedo</u>, Stip/Order to Continue Sentencing to September 24, 2010.]

2  It is so ORDERED,

3  this 16th day of February, 2010

/s/ Edward J. Garcia

EDWARD J. GARCIA
Senior, U.S. District Judge