1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    CASE NO.  S 08-0569 EJG
                                      )
12         Plaintiff,                 )
                                      )    **STIPULATION AND ORDER**
13 v.                                 )    **CONTINUING SENTENCING DATE**
                                      )
14 ROGELIO MACEDO,                    )
                                      )
15         Defendant.                 )
                                      )
16 _____    )

17

18       It is hereby stipulated and agreed that the sentencing of the above named defendant be continued

19 from September 24, 2010, to December 10, 2010, at 10:00 a.m.  The reason for the request is to allow

20 the defendant to complete the terms of his plea agreement.

21                                         BENJAMIN B. WAGNER
                                           United States Attorney
22

23 Date: September 21, 2010               /s/ Richard J. Bender
                                          RICHARD J. BENDER
24                                         Assistant United States Attorney

25

26 Date: September 21, 2010                /s/ Michael E. Platt (by RJB)
                                          MICHAEL E. PLATT
27                                         Attorney for Defendant

28

                                  1

1  [U.S. v. Macedo, Stip/Order to Continue Sentencing to December 10, 2010.]

2  It is so ORDERED,

3  this 21st day of September, 2010

4

5  /s/ Edward J. Garcia
   EDWARD J. GARCIA
   Senior, U.S. District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28