1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  S 08-0569 EJG |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER CONTINUING SENTENCING DATE** |
| ROGELIO MACEDO, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from December 10, 2010, to January 14, 2011 at 10:00 a.m.  The reason for the request is to allow the pending trial in the related case to be completed and to otherwise allow the defendant to complete the terms of his plea agreement.

Date: December 8, 2010           BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Richard J. Bender
                                 RICHARD J. BENDER
                                 Assistant United States Attorney


Date: December 8, 2010            /s/ Michael E. Platt (by RJB)
                                 MICHAEL E. PLATT
                                 Attorney for Defendant

1

[<u>U.S. v. Macedo</u>, Stip/Order to Continue Sentencing to January 14, 2011.]

It is so ORDERED,

this <u>9th</u> day of December, 2010

                         /s/ Edward J. Garcia
                               EDWARD J. GARCIA
                              Senior, U.S. District Judge