BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROGELIO MACEDO,<br><br>    Defendant. | CASE NO.  S 08-0569 EJG<br><br>**STIPULATION AND ORDER**<br>**CONTINUING SENTENCING DATE** |

It is hereby stipulated and agreed that the sentencing of the above named defendant be continued from January 14, 2011, to February 18, 2011, at 10:00 a.m.  The reason for the request is to allow the post-trial motions on the Barraza trial to be completed and to otherwise allow the defendant to complete the terms of his plea agreement.

Date: January 13, 2011                         BENJAMIN B. WAGNER
                                               United States Attorney


                                               /s/ Richard J. Bender
                                               RICHARD J. BENDER
                                               Assistant United States Attorney


Date: January 13, 2010                           /s/ Michael E. Platt (by RJB)
                                               MICHAEL E. PLATT
                                               Attorney for Defendant

1

1  [<u>U.S. v. Macedo</u>, Stip/Order to Continue Sentencing to February 18, 2011.]

2  It is so ORDERED,

3  this 13th day of January, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior, U.S. District Judge