Law Offices of Michael E. Platt
**Michael E. Platt, Bar No. 77779**
121 E. Weber Avenue
Stockton, CA 95202
Tel: (209) 943-3422
Fax: (209) 941-4732

Attorney for Defendant

**FILED**

MAY 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>vs.<br>ROGELIO MACEDO,<br>          Defendant. | Case #2-08CR00569-01<br><br>**REQUEST FOR ORDER AND ORDER EXONERATING BOND**<br><br>Judge: Hon. Edward J. Garcia |

On or about November 20, 2008, a $150,000 Appearance bond, secured by real property located at 2548 Jayden Way, Stockton, California by ROGELIO MACEDO on behalf of UNITED STATES OF AMERICA vs. ROGELIO MACEDO; Case #2-08CR00569-01. Mr. Macedo has been in custody in this district based upon an indictment filed in this district. On February 18, 2011, Mr. Macedo was sentenced to a thirty seven month sentence.

It is hereby requested that the $150,000 deed of trust by JUAN ANTONIO GONZALEZ JR. and MARIA GONZALEZ be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey the property back to JUAN ANTONIO GONZALEZ JR. and MARIA GONZALEZ located at 2548 Jayden Way, Stockton, California.

Dated: 4/21/11

Respectfully submitted,

MICHAEL E. PLATT
Attorney for Defendant
ROGELIO MACEDO

# ORDER

IT IS HEREBY ORDERED that the bail bond in the amount of $150,000 secured by Juan and Maria Gonzalez is hereby exonerated.

Dated: 4/22/11  5/5/11

EDWARD J. GARCIA
U.S. DISTRICT JUDGE